IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A. TRIMUAR,
    Petitioner,

vs.                                                   3:12cv518/RV/CJK

KENNETH TUCKER,
    Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 13, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petitioner's habeas corpus petition (doc. 1) is DISMISSED WITHOUT PREJUDICE as an unauthorized second or successive habeas corpus application.

3. All pending motions are DENIED as moot.

4. The clerk is directed to close the file and send to petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

5. A certificate of appealability is DENIED.

DONE AND ORDERED this 14th day of December, 2012.

                              /s/ *Roger Vinson*
                              ROGER VINSON
                              SENIOR UNITED STATES DISTRICT JUDGE